## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**UNITED FOOD & COMMERCIAL**                      *
**WORKERS UNION, LOCAL 27**
**1501 Casho Mill Road, Suite 11**                *
**Newark, DE 19966**
                                             *

       **Plaintiff,**          **Civil Case No.**    0 6 - 3 7 7

                                             *

  **v.**                                   *

**ACME MARKETS, INC.**                            *
**75 Valley Stream Parkway**
**Malvern, PA 19355**                             *

  **Serve on:**
  **Corporation Service Company**          *
  **2711 Centerville Rd., Suite 400**
  **Wilmington, DE 19808**                  *

        **Defendant.**   *
\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### MOTION PURSUANT TO LOCAL RULE 83.5
### FOR THE ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves this

Honorable Court for the admission *pro hac vice* of Steven J. Bushinsky to represent

United Food and Commercial Workers Union, Local 27 in this matter.

Date:  June 2, 2006

                     Albert M. Greto, Esquire (AMG-2862)
                     1701 Shallcross Avenue, Suite C
                     P.O. Box 756
                     Wilmington, Delaware 19899-0756
                     Ph: 302.761.9000
                     Fx: 302.761.9035
                     E-Mail: algreto@gretolaw.com
                     Attorney for Plaintiff UFCW Local 27

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **UNITED FOOD & COMMERCIAL** | * | |
| **WORKERS UNION, LOCAL 27** | | |
| **1501 Casho Mill Road, Suite 11** | * | |
| **Newark, DE 19966** | | |
| | * | |
| **Plaintiff,** | | **Civil Case No.** 0 6 - 3 7 7 |
| | * | |
| **v.** | * | |
| | * | |
| **ACME MARKETS, INC.** | | |
| **75 Valley Stream Parkway** | * | |
| **Malvern, PA 19355** | | |
| | * | |
| **Serve on:** | | |
| **Corporation Service Company** | * | |
| **2711 Centerville Rd., Suite 400** | | |
| **Wilmington, DE 19808** | * | |
| | | |
| **Defendant.** | * | |
| *    *    *    *    *    *    *    *    *    *    * | | |

## ORDER

IT IS HEREBY ORDERED that counsel's Motion Pursuant to Local Rule 83.5 for the

Admission of Counsel *Pro Hac Vice* is granted.

Date: _____          _____

                                        United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **UNITED FOOD & COMMERCIAL** | * | |
| **WORKERS UNION, LOCAL 27** | | |
| **1501 Casho Mill Road, Suite 11** | * | |
| **Newark, DE 19966** | | |
| | * | |
| **Plaintiff,** | | **Civil Case No.** 0 6 - 3 7 7 |
| | * | |
| **v.** | | |
| | * | |
| **ACME MARKETS, INC.** | | |
| **75 Valley Stream Parkway** | * | |
| **Malvern, PA 19355** | | |
| | * | |
| **Serve on:** | | |
| **Corporation Service Company** | * | |
| **2711 Centerville Rd., Suite 400** | | |
| **Wilmington, DE 19808** | * | |
| | | |
| **Defendant.** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Bar of New Jersey and pursuant to

local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct

which occurs in the preparation or course of this action.  I also certify I am generally familiar with

the Court's Local Rules.

Date: June 2, 2006

Steven J. Bushinsky, Esquire (SJB-2445)
O'BRIEN, BELLAND & BUSHINSKY, LLC
2111 New Road, Suite 101
Northfield, NJ 08225
Ph: 609-677-7930
Fx: 609.677.79.31
E-Mail: sbushinsky@obbblaw.com
Attorney for Plaintiff
United Food & Commercial Workers

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT COURT OF DELAWARE

**UNITED FOOD & COMMERCIAL**
**WORKERS UNION, LOCAL 27**           Case #:           0 6 – 3 7 7
1501 Cashio Mill Rd., Suite 11
Newark, DE 19966

     Plaintinff,

vs.

**ACME MARKETS, INC.**
75 Valley Stream Parkway
Malvern, PA 19355

     Defendant.

## CERTIFICATE OF SERVICE

     I, TAWNYA M. YETTER, Esquire of the LAW FIRM OF ALBERT M. GRETO,

ESQUIRE, hereby certify that on this 7th day of June, 2006, I have caused to be mailed

by registered mail, two true and correct copies of the foregoing document:

## MOTION FOR ADMISSION PRO HAC VICE

TO:   Corporation Service Company
      For ACME Markets, Inc.
      2711 Centerville Rd., Suite 400
      Wilmington, DE 19808

TAWNYA M. YETTER, Esq.
1701 Shallcross Avenue, Suite C
PO Box 756
Wilmington, DE 19899
(302) 761-9000