IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 27, <br><br> Plaintiff, <br><br> v. <br><br> ACME MARKETS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) No. 1:06-CV-00377-SLR ) ) ) ) ) ) ) |

**STIPULATION AND ORDER**

Plaintiff United Food and Commercial Workers Union, Local 27 and Defendant Acme Markets, Inc. ("Acme"), by and through their undersigned counsel, stipulate and agree, subject to the approval of the Court, that the deadline for Acme to answer, move, plead or otherwise respond to the Complaint in this action shall be extended to July 31, 2006. The undersigned counsel for Defendant also hereby enters his appearance on behalf of Acme Markets, Inc.

LAW FIRM OF
ALBERT M. GRETO, ESQUIRE

By: /s/Albert M. Greto
Albert M. Greto (No. 2862)
1701 Shallcross Avenue, Suite C
Wilmington, DE 19899-0756
Telephone: (302) 761-9000
Telecopy: (302) 761-9035
*Attorney for Plaintiff
United Food and Commercial
Workers Union, Local 27*

STEVENS & LEE, P.C.

By: /s/Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (No. 4035)
1105 North Market Street, Suite 700
Wilmington, Delaware 19801
Telephone: (302)425-3310
Telecopy: (610) 371-7972
*Attorneys for Defendant
Acme Markets, Inc.*

SO ORDERED, this ___ day of July, 2006

_____
Chief United States District Judge

SL1 648741v1/020050.00138

## CERTIFICATE OF SERVICE

I, Joseph H. Huston, Jr., hereby certify that, on this 7th day of July, 2006, true and correct copies of the foregoing Stipulation and Order were served by first class United States mail, postage prepaid, upon counsel at the following addresses:

>   Albert M. Greto, Esquire
>   Law Firm of Albert M. Greto, Esquire
>   1701 Shallcross Avenue, Suite C
>   Wilmington, DE  19899-0756

_____
Joseph H. Huston, Jr.