O'BRIEN, BELLAND & BUSHINSKY, LLC
The Executive Plaza
2111 New Road, Suite 101
Northfield, NJ 08225
(609) 677-7930
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| UNITED FOOD AND COMMERCIAL WORKERS, LOCAL 27, <br><br> Plaintiff(s), <br><br> v. <br><br> ACME MARKETS, INC. <br><br> Defendant(s). | DOCKET NUMBER: 06-377-SLR <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |
|---|---|

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against either party.

Dated:

By: _____
Steven J. Bushinsky, Esquire
O'Brien, Belland & Bushinsky, LLC
2111 New Road, Suite 101
Northfield, NJ 08225
Attorney(s) for Plaintiffs
UFCW Local 27

By: _____
Paul Lewis, Esquire
Stevens & Lee, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Attorney for Defendant
Acme Markets, Inc.