IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 27, <br><br> Plaintiff <br><br> v. <br><br> ACME MARKETS, INC. <br><br> Defendant | ) ) ) ) ) ) NO. 1:06-CV-00377-SLR ) ) ) ) ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree, that the above entitled action be and hereby is dismissed with prejudice and without costs against either party.

Dated: January 23, 2007

O'BRIEN, BELLAND & BUSHINSKY LLC

/s/ Albert M. Greto
Albert M. Greto (#2862)
1701 Shallcross Ave., Suite C
P.O. Box 756
Wilmington, DE 19899-0756
Tel: (302) 761-9000

-and-

Steven J. Bushinsky
2111 New Road
Suite 101
Northfield, NJ 08225
Tel: (609) 677-7930

*Attorneys for Plaintiffs UFCW Local 27*

STEVENS & LEE, P.C.

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (#4035)
1105 North Market Street
Seventh Floor
Wilmington, DE 19801
Tel: (302) 425-3310

-and-

Paul R. Lewis
620 Freedom Business Center, Suite 200
P. O. Box 62330
King of Prussia, PA 19406
Tel: (610) 205-6000

*Attorneys for Defendant Acme Markets, Inc.*